## MERGENTINE v. ARVERNE HOTEL SUPPLY CO.

(Supreme Court, Appellate Term. May, 1910.)

PRINCIPAL AND AGENT (§ 119*)—LIABILITY OF PRINCIPAL—CONTRACTS WITH AGENT.

     Defendant is not liable for goods sold to another as his agent, where there is no evidence that the latter was his agent or that the goods were delivered to defendant.

     [Ed. Note.—For other cases, see Principal and Agent, Cent. Dig. § 394; Dec. Dig. § 119.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Max Mergentine against the Arverne Hotel Supply Company. From a judgment for plaintiff, defendant appeals. Reversed, and new trial ordered.

Argued before SEABURY, GUY, and BIJUR, JJ.

Herman B. Goodstein, for appellant.

Cromwell G. Macy, for respondent.

SEABURY, J. Plaintiff sued to recover the value of vegetables alleged to have been sold to the defendant, the Arverne Hotel Supply Company, and has recovered a judgment in his favor.

The evidence established that the plaintiff sold the vegetables to Mr. Kaufman. There was no proof that Kaufman was the agent of the defendant, or that the vegetables were delivered to the defendant. The judgment is clearly without any support in the evidence.

Judgment reversed, and new trial ordered, with costs to the appellant to abide the event. All concur.